UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.: CV 22-02817 MCS (RAO)  Date: July 5, 2022
Title: Gilkey v. L.A.P.D.

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Donnamarie Luengo | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff(s):  Attorneys Present for Defendant(s):

N/A  N/A

**Proceedings:**   (In Chambers) **ORDER TO SHOW CAUSE**

On April 27, 2022, Plaintiff Atwaque Gilkey filed a civil complaint ("Complaint") and a request to proceed *in forma pauperis* ("IFP Request"). Dkt. Nos. 1, 3. On April 29, 2022, the Court granted the IFP Request and issued an Order Dismissing Complaint with Leave to Amend ("ODLA"). Dkt. Nos. 6, 7. The ODLA directed Plaintiff to file an amended complaint or notice of dismissal by May 30, 2022. Dkt. No. 7. On May 11, 2022, the ODLA was re-sent to Plaintiff to correct an error regarding his address of record. *See* Dkt. No. 8. To date, no response has been filed.

Plaintiff is ordered to show cause, in writing, no later than **July 26, 2022**, why this action should not be dismissed without prejudice for failure to prosecute. Alternatively, Plaintiff may discharge this Order by filing a First Amended Complaint correcting the deficiencies identified in the April 29, 2022 ODLA. **Plaintiff is expressly advised that failure to timely file a response to this Order will result in a recommendation that this action be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).**

IT IS SO ORDERED.

:
dl