UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 22-02817 MCS (RAO) | Date: | October 31, 2022 |
| Title: | Gilkey v. L.A.P.D. | | |

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Donnamarie Luengo | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:**      (In Chambers) **ORDER TO SHOW CAUSE**

   Plaintiff Atwaque Gilkey is proceeding in this case *in forma pauperis*. Dkt. No. 6. On August 26, 2022, the Court directed service of process by the U.S. Marshal. Dkt. Nos. 13-14. Plaintiff was directed to submit service packets and file a Notice of Submission by September 26, 2022. Dkt. No. 13. To date, the Court has not received any service packets for forwarding to the U.S. Marshal or a Notice of Submission.

   **Plaintiff is ordered to show cause, in writing, no later than November 30, 2022,** why this action should not be dismissed without prejudice for failure to prosecute. Alternatively, Plaintiff may discharge this Order by submitting service packets and filing a Notice of Submission. **Plaintiff is expressly advised that failure to timely file a response to this Order will result in a recommendation that this action be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).**

   **IT IS SO ORDERED.**

                                                                                                                                : 
                                                                                                                              dl